| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* *(signature)* | B. Date of Delivery |
| | C. Signature<br>X *SL* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Safeco Insurance Company of Illinois<br>2800 West Higgins Road, Suite 1100<br>Hoffman Estates, Illinois 60195 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>8cv199<br>S+C | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | |
| 2. Article Number (C  7005 2570 0000 5260 0663 | | |

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952