IN THE UNTIED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD J. KRAUSE, ET AL.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| vs. | ) Civil Action No: 1:08-cv-199-MEF |
| | ) |
| **SAFECO INSURANCE COMPANY** | ) |
| **OF ILLINOIS,** | ) |
| | ) |
|     **Defendant.** | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. **Initial Meeting:** Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 26.1(a)(1), a meeting was held on April 22, 2008, and attended by:

    Rufus R. Smith, Jr. [SMI 060]
    Rufus R. Smith, Jr. & Associates
    Post Office Drawer 6629
    Dothan, Alabama 36302
    (334) 671-7959
    Fax:  (334) 671-7957
    rufusrsmith@yahoo.com
    Attorney for Plaintiff

    Ronald G. Davenport [DAV044]
    Rushton, Stakely, Johnston & Garrett, P.A.
    Post Office Box 270
    Montgomery, Alabama 36101
    (334) 206-3275
    Fax: (334) 481-0804
    rgd@rsjg.com
    Attorney for Defendant

2. **Pre-Discovery Disclosures:** The parties will exchange by May 23, 2008 the information required by Local Rule 26.1(1)(a).

3. **Discovery Plan:** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: liability and damages.

All discovery will be commenced in time to be completed by November 3, 2008.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by: August 4, 2008, and made available for deposition on or before September 5, 2008.

From Defendant by: September 12, 2008, and made available for deposition on or before October 17, 2008.

Supplementation under Rule 26(e) due within 30 days of discovery.

4. **Other Items:**

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties should be allowed until July 18, 2008 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by December 19, 2008.

The parties cannot evaluate settlement prior to the completion of expert discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff by: four (4) weeks before trial;

From Defendant by: four (4) weeks before trial.

Parties shall have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case will be ready for trial during the March 30, 2009 civil trial term and the trial is expected to take approximately three (3) days.

AGREED to this 22nd day of April, 2008 by:


/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. [SMI 060]
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
Fax:  (334) 671-7957
rufusrsmith@yahoo.com
Attorney for Plaintiffs, Richard J. Krause, et al.



/s/Ronald G. Davenport
Ronald G. Davenport [DAV044]
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101
(334) 206-3100
Fax: (334) 481-0804
rgd@rsjg.com
Attorney for Defendants, Safeco Insurance Company of Illinois