IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KRAUSE<br>and DEBRA M. KRAUSE,<br><br>　　Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY<br>OF ILLINOIS,<br><br>　　Defendant. | *<br>*<br>*<br>*<br>*<br>*　CASE NO. 1:08-cv-199-MEF<br>*<br>*<br>*<br>*<br>* |

**OFFER OF JUDGMENT**

　　The defendant, Safeco Insurance Company of Illinois, offers to allow judgment to be taken against it by the plaintiffs for Ten Thousand and No/100 Dollars ($10,000.00) with court costs now accrued.

　　DONE this 23rd day of April, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Ronald G. Davenport
　　　　　　　　　　　　　　　　　　　　RONALD G. DAVENPORT (DAV044)
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Safeco Insurance
　　　　　　　　　　　　　　　　　　　　Company of Illinois

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile electronic filing system and have also served a copy on the following by e-filing or mailing the same by United States mail properly addressed and first class postage prepaid:

Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. & Associates
P. O. Drawer 6629
Dothan, AL 36302

                                          /s/ Ronald G. Davenport
                                          OF COUNSEL