IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD J. KRAUSE<br>and DEBRA M. KRAUSE, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 1:08-cv-199-MEF |
| SAFECO INSURANCE COMPANY<br>OF ILLINOIS, | * * * | |
| Defendant. | * | |

## OFFER OF JUDGMENT

The defendant, Safeco Insurance Company of Illinois, offers to allow judgment to be taken against it by the plaintiffs for Fifteen Thousand and No/100 Dollars ($15,000.00) with court costs now accrued.

DONE this 2 May, 2008.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant Safeco Insurance
Company of Illinois

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. & Associates
P. O. Drawer 6629
Dothan, AL 36302

            /s/ Ronald G. Davenport
            OF COUNSEL