IN THE UNTIED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KRAUSE and DEBRA M. KRAUSE, ) ) ) Plaintiffs, ) ) VS. ) ) SAFECO INSURANCE ) COMPANY OF ILLINOIS, ) ) Defendant. ) | Case No.: 1:08-cv-199-MEF |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Take notice that the Plaintiffs accept the offer of the Defendant,

**SAFECO INSURANCE COMPANY OF ILLINOIS**, dated May 2, 2008, allowing Plaintiffs to take judgment against the Defendant in this action for $15,000.00 with costs accrued on the date of the offer.

DONE this 5th day of May, 2008.

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. (SMI060)
Attorney for Plaintiffs

OF COUNSEL:
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957
Email: rufusrsmith@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of May, 2008, electronically filed the foregoing with the clerk of the court and have served a copy of the foregoing by electronic filing and/or U.S. Mail to the following person and/or counsel of record:

Ronald G. Davenport, Esq.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

/s/ Rufus R. Smith, Jr., Esq.
OF COUNSEL