IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KRAUSE and<br>DEBRA M. KRAUSE,<br><br>    Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF<br>ILLINOIS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08-cv-199-MEF<br>)<br>)<br>)<br>)<br>) |

CLERK'S ENTRY OF JUDGMENT
PURSUANT TO OFFER and ACCEPTANCE OF JUDGMENT

Pursuant to the Federal Rules of Civil Procedure, Rule 68 (a) and the Plaintiffs, Richard J. Krause and Debra M. Krause, Notice of Acceptance of Acceptance of Offer of Judgment. (Doc 15),

JUDGMENT is hereby entered in favor of Plaintiffs, Richard J. Krause and Debra M. Krause, and against the Defendant, Safeco Insurance Company of Illinois in the amount of $15,000 with costs accrued to the date of the Offer of Judgement of May 2, 2008. (Doc. 14)

DONE THIS __15th__ day of __May__, 2008.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA