IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KRAUSE and DEBRA M. KRAUSE, <br><br> Plaintiffs, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant | * * * * * * * * * * * <br><br> CASE NO. 1:08-cv-199-MEF |

## JOINT STIPULATION OF DISMISSAL

Come now the parties and show unto this Court that this cause is to be dismissed with prejudice, each party to bear his own costs.

Respectfully submitted this 15th day of May, 2008.

_____
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant Safeco Ins. Co. of Illinois

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101
(334) 206-3100
rgd@rsjg.com

_____
RUFUS F. SMITH, JR. (SMI060)
Attorney for Plaintiffs Richard J. Krause
and Debra M. Krausa

OF COUNSEL:

Rufus R. Smith, Jr. & Associates
P.O. Drawer 6629
Dothan, AL 36302
(334) 671-7959
rufusrsmith@yahoo.com