IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J KRAUSE and DEBRA M KRAUSE, | * * * * |
| Plaintiffs, | * * |
| v | * CASE NO 1:08-cv-199-MEF * |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | * * * |
| Defendant | * |

### SATISFACTION OF JUDGMENT

The judgment entered in this cause in favor of Richard J Krause and Debra M Krause has been satisfied in full and should be discharged of record

This the 15th day of May, 2008.

_____
RUFUS R SMITH, JR (SMI060)
Attorney for Plaintiffs

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant Safeco Insurance
Company of Illinois