**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 16, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Krause et al v. Safeco Insurance Company of Illinois

Case Number:   1:08-cv-00199-MEF

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF document previously attached to include the signature for the defense counsel.**

**The corrected PDF document is attached to this notice for your review.   Reference is made to document # 18   filed on   May 15, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RICHARD J KRAUSE
and DEBRA M KRAUSE,

    Plaintiffs,

v      CASE NO 1:08-cv-199-MEF

SAFECO INSURANCE COMPANY
OF ILLINOIS,

    Defendant

## SATISFACTION OF JUDGMENT

The judgment entered in this cause in favor of Richard J Krause and Debra M Krause has been satisfied in full and should be discharged of record

This the 15th day of May, 2008.

_____
RUFUS R SMITH, JR (SMI060)
Attorney for Plaintiffs

_____
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant Safeco Insurance
Company of Illinois